FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Tiffany Dawn Victoria

    Defendant.

Case No.: 2:24-CR-0356-GW-1
2:22-CR-0568-GW-1

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __C.D. Cal.__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __unknown bail resources; prior failures to appear; substance abuse; instant allegations__

|  |  |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | and/or |
| 4 | B.  ( ) The defendant has not met his/her burden of establishing by clear and |
| 5 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This |
| 7 | finding is based on _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 6/24/25

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE